# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ] | |
| | ] | |
| **v.** | ] | **2:25-cr-534-ACA-GMB-1** |
| | ] | |
| **DARIUS TERRUN DAVISON,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## ORDER

Defendant Darius Terrun Davison filed motions to suppress evidence (doc. 15), and to dismiss Count Two of the indictment (doc. 16). The magistrate judge issued reports recommending that the court deny the motions. (Docs. 23, 25). Although the magistrate judge advised Mr. Davison of his right to file objections and the consequences of a failure to object (doc. 23 at 6; doc. 25 at 9), Mr. Davison has not filed any objections.

Mr. Davison's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After reviewing the reports and the record, the court **ADOPTS** the reports, **ACCEPTS** the recommendations, and **DENIES** the motion to suppress and the motion to dismiss.

**DONE** and **ORDERED** this February 23, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE