FILED
2026 Sep-10 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **2:25-cr-534-ACA-GMB** |
| | ) | |
| **DARIUS TERRUN DAVISON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

Defendant, Darius Terrun Davison, has entered pleas of guilty to Counts One, Two, and Three of the indictment. On August 21, 2026, the magistrate judge entered a report recommending that the court accept the guilty pleas. (Doc. 43). Mr. Davison has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the pleas.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this September 10, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE